PER CURIAM.
Affirmed. Cobb v. State, 511 So.2d 698 (Fla. 3d DCA 1987); White v. State, 458 So.2d 1150, 1152 (Fla. 1st DCA 1984), rev. denied, 464 So.2d 556 (Fla.1985); DeConingh v. State, 433 So.2d 501, 504 (Fla. 1983), cert. denied, 465 U.S. 1005, 104 S.Ct. 995, 79 L.Ed.2d 228 (1984); State v. Rizo, 463 So.2d 1165, 1167 (Fla. 3d DCA 1984); State v. Gonzalez, 447 So.2d 1015, 1016 (Fla. 3d DCA 1984); State v. Stephens, 441 So.2d 171 (Fla. 3d DCA 1983).